UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>VAPE SAVVY LLC, d/b/a VAPE SAVVY, ET AL.,<br><br>    Defendants. | NO. 2:23-cv-00373-JLR<br><br>**STIPULATED MOTION <u>AND ORDER</u><br>TO SET ASIDE ENTRY <u>OF DEFAULT</u>** |

    On December 1, 2023, the Court granted Plaintiff's motion for entry of clerk's default and entered an order of default against Defendant Vape Savvy LLC. *See* Dkt. # 16.  The parties have been working in good faith to amicably resolve this case, but have yet to come to a resolution. Thus, pursuant to Federal Rule of Civil Procedure 55(c), the parties have agreed to set aside the entry of default against Defendant with no costs or fees to allow Defendants to answer the complaint and to allow the parties to continue to seek an amicable resolution.

1                 IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2   DATED: February 13, 2024          */s/ Brett Harris*
                                                     Brett Harris, WSBA #55680
                                                     Virgo Law
                                                     119 1st Avenue South
                                                     Seattle, Washington 98104
                                                     Serv603@LegalBrains.com
                                                     Telephone: 561-232-2222

*Attorney for the Plaintiff*

DATED: February 13, 2024

FOSTER GARVEY PC

By */s/ Ben Hodges*
    Ben Hodges, WSBA #49301
    1111 Third Avenue, Suite 3000
    Seattle, WA 98101
    Telephone: (206) 447-4400
    Email: ben.hodges@foster.com

*Attorneys for Defendant Vape Savvy LLC*

STIPULATED MOTION TO SET ASIDE ENTRY OF DEFAULT
CASE NUMBER 2:23-CV-00373-JLR - 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>VAPE SAVVY LLC, d/b/a VAPE SAVVY, ET AL.,<br><br>　　　　　　Defendants. | NO. 2:23-cv-00373-JLR<br><br>[~~PROPOSED~~] **ORDER SETTING ASIDE ENTRY OF DEFAULT** |

This matter came before the Court upon a stipulated motion to set aside the entry of default entered on December 1, 2023. The Court hereby GRANTS the stipulated motion (Dkt. # 19) and sets aside the clerk's entry of default (Dkt. # 16).

ENTERED this 14th day of February 2024.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JAMES L. ROBART
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

STIPULATED MOTION TO SET ASIDE ENTRY OF DEFAULT
CASE NUMBER 2:23-CV-00373-JLR - 3