UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>VAPE SAVVY LLC, d/b/a VAPE SAVVY KIRKLAND, ERIC WARD, and JASON STANIFER<br><br>          Defendants. | NO. 2:23-cv-00373-JLR<br><br>[~~PROPOSED~~] ORDER SETTING ASIDE ENTRY OF DEFAULT<br><br>NOTE ON MOTION CALENDAR:<br><br>March 21, 2024 |

This matter came before the Court upon a stipulated motion to set aside the entry of default entered on August 23, 2023. Dkt. # 12. The Court hereby GRANTS the stipulated motion and sets aside the clerk's entry of default.

ENTERED this 21st day of March 2024.

_____
United States District Court Judge