UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GS HOLISTIC LLC, | CASE NO. C23-0373JLR |
| Plaintiff, | ORDER |
| v. | |
| VAPE SAVVY LLC, et al., | |
| Defendants. | |

Before the court is Plaintiff GS Holistic, LLC's ("GS Holistic") "motion to deem amended complaint as timely filed and motion for leave to file amended complaint." (Mot. (Dkt. # 38).) Defendant Vape Savvy LLC ("Vape Savvy") did not oppose the motion. (*See generally* Dkt.) The court GRANTS GS Holistic's motion.

On June 28, 2024, the court granted the parties' stipulation to dismiss Defendants Eric Ward and Jason Stanifer from this action and to allow GS Holistic to amend its complaint to include additional allegations relating to Vape Savvy's sale of alleged counterfeit goods. (6/28/24 Order (Dkt. # 36); *see* Stip. (Dkt. # 35).) The court ordered

ORDER - 1

1  the parties to file a clean version of the amended complaint on the docket by no later than
2  July 5, 2024.  (6/28/24 Order at 2.)  GS Holistic, however, did not file its amended
3  complaint until July 11, 2024.  (*See* Am. Compl. (Dkt. # 37).)  GS Holistic states that it
4  missed the July 5, 2024 deadline because that deadline "was not properly saved in [its]
5  corporate counsel's calendar, due to a turnover in the staff."  (Mot. at 2.)  Accordingly,
6  GS Holistic now asks the court to "deem its Amended Complaint as timely filed and
7  [grant it] leave to file the Amended Complaint as a separate docket entry."  (*Id.*)

        The court GRANTS GS Holistic's motion (Dkt. # 38) and accepts the late filing of GS Holistic's amended complaint.  GS Holistic is warned that failure to comply with the court's deadlines in the future may result in sanctions.

        Dated this 25th day of July, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 2